IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


EDWARD LANG,

    Petitioner,

vs.                                        Case No. 4:06cv100-SPM/WCS

JAMES McDONOUGH,[1]

    Respondent.

_____/


**REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION**

This cause is before the court on a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 and supporting memorandum. Docs. 1 and 2. Petitioner seeks leave to proceed in forma pauperis. Docs. 3 and 4.

---

[1] James McDonough succeeded James Crosby as Secretary for the Department of Corrections, and is automatically substituted as Respondent. Fed.R.Civ.P. 25(d).

Petitioner is incarcerated at Lawtey Correctional Institution, and challenges his conviction and sentence imposed in the Fourth Judicial Circuit Court in Duval County. Jurisdiction is appropriate in the Middle District, as the district of confinement and conviction.  28 U.S.C. § 2241(d).

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on April 6, 2006.


 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**